**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PHYLLIS CARCATERRA and ANTHONY CARCATERRA, | ) ) ) | CAUSE NO. 1:19-cv-00076 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TRADER JOE'S COMPANY; T.A.C.T. HOLDING, INC.; UNGAR'S FOOD PRODUCTS D/B/A DR. PRAEGER'S SENSIBLE FOODS, INC.; and CRF FROZEN FOODS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

---

**DEFENDANT TRADER JOE'S COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Trader Joe's Company hereby discloses the following:

Trader Joe's Company is a subsidiary of T.A.C.T. Holding, Inc. No publicly held corporation owns 10% or more of Trader Joe's Company's stock.

Respectfully submitted this 8th day of January, 2019.

<div style="margin-left:50%">

**Office of Charles F. Harms Jr.**

*/s/ Michael F. Palmeri*
Michael F. Palmeri
990 Stewart Avenue, Suite 400
Garden City, New York 11530
(516) 493-4507
Email: palmem4@nationwide.com

***Attorneys for Defendants Trader Joe's
Company, T.A.C.T. Holdings, Inc., and CRF
Frozen Foods, LLC***

</div>

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2019, the foregoing **DEFENDANT TRADER JOE'S COMPANY'S CORPORATE DISCLOSURE STATEMENT** was filed with the court through the CMF/ECF electronic file and serve system, which will serve notice of the filing upon the following attorneys of record in this case.

RUBIN & LICATESI, P.C.
Jennifer M. Ahlfeld, Esq.
591 Stewart Avenue – 4th Floor
Garden City, New York  11530
516-336-3702
516-227-2739 (Fax)
jahlfeld@rubinlicatesi.com

*Counsel for Plaintiffs*


MCELROY, DEUTSCH MULVANEY & CARPENTER
Michael J. Marone
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey  07962
973-993-8100
973-425-0161 (Fax)
mmarone@mdmc-law.com

Alexander Augustus LaSala
225 Liberty Street
36th Floor
New York, New York  10281
212-483-9490
212-483-9129 (Fax)
alasala@mdmc-law.com

*Counsel for Defendant Ungar's Food Products d/b/a Dr. Praeger's Sensible Foods, Inc.*


*/s/ Michael F. Palmeri*
Michael F. Palmeri

2