**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| PHYLLIS CARCATERRA and<br>ANTHONY CARCATERRA,<br><br>              Plaintiffs,<br>       vs.<br><br>TRADER JOE'S COMPANY;<br>T.A.C.T. HOLDING, INC.;<br>UNGAR'S FOOD PRODUCTS D/B/A<br>DR. PRAEGER'S SENSIBLE FOODS,<br>INC.; and CRF FROZEN FOODS, LLC,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 1:19-cv-00076 |

---

**DEFENDANT T.A.C.T. HOLDING, INC.'S
CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, T.A.C.T. Holding, Inc. hereby discloses the following:

T.A.C.T. Holding, Inc. is not a parent, subsidiary or other affiliate of a publicly-owned corporation.  No publicly held corporation owns 10% or more of T.A.C.T. Holding, Inc.'s stock.

Respectfully submitted this 8th day of January, 2019.

> **Office of Charles F. Harms Jr.**
>
> */s/ Michael F. Palmeri*
> Michael F. Palmeri
> 990 Stewart Avenue, Suite 400
> Garden City, New York  11530
> (516) 493-4507
> Email: palmem4@nationwide.com
>
> ***Attorneys for Defendants Trader Joe's
> Company, T.A.C.T. Holdings, Inc., and CRF
> Frozen Foods, LLC***

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 8, 2019, the foregoing **DEFENDANT T.A.C.T. HOLDING, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed with the court through the CMF/ECF electronic file and serve system, which will serve notice of the filing upon the following attorneys of record in this case.

RUBIN & LICATESI, P.C.
Jennifer M. Ahlfeld, Esq.
591 Stewart Avenue – 4th Floor
Garden City, New York  11530
516-336-3702
516-227-2739 (Fax)
jahlfeld@rubinlicatesi.com

*Counsel for Plaintiffs*


MCELROY, DEUTSCH MULVANEY & CARPENTER
Michael J. Marone
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey  07962
973-993-8100
973-425-0161 (Fax)
mmarone@mdmc-law.com

Alexander Augustus LaSala
225 Liberty Street
36th Floor
New York, New York  10281
212-483-9490
212-483-9129 (Fax)
alasala@mdmc-law.com

*Counsel for Defendant Ungar's Food Products d/b/a Dr. Praeger's Sensible Foods, Inc.*

/s/ Michael F. Palmeri
Michael F. Palmeri